# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

| | |
|---|---|
| **ESTHER McLEOD-NEWTON**, as personal representative of the Estate of **AKEEM NEWTON**, and on her own,<br><br>                    **Plaintiffs,**<br>  v.<br><br>**GENERAL MOTORS CORPORATION** and **CARIBBEAN AUTO MART OF ST. CROIX, INC.**,<br><br>                    **Defendants.** | 1:08-cv-50 |

**TO:**   Lee J. Rohn, Esq.
        Sunshine S. Benoit, Esq.

## ORDER FOR STAY

THIS MATTER came before the Court upon Defendant General Motors Corporation's Notice of Bankruptcy (Docket No. 67).

Pursuant to Section 362 of the Bankruptcy Code, such filing of bankruptcy petition operates as an automatic stay of other proceedings.

Accordingly, it is now hereby **ORDERED** that this matter is **STAYED** until further order of the Court.

*McLeod-Newton v. General Motors Corp.*
1:08-cv-50
Order For Stay
Page 2

                                              ENTER:

Dated: June 8, 2009                      /s/ George W. Cannon, Jr.
                                              GEORGE W. CANNON, JR.
                                              U.S. MAGISTRATE JUDGE